UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE'S PRODUCE,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MUNCHERY INC., *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C18-1674-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to vacate the status conference and extend the time for Plaintiff to serve Defendants (Dkt. No. 9). The Court finds that good cause exists to extend the time for Plaintiff to serve Defendants. *See* Fed. R. Civ. P. 4(m). Therefore, the motion is GRANTED. Plaintiff must serve all Defendants by March 21, 2019. The status conference, currently set for February 26, 2019, is RESET to March 26, 2019.

DATED this 19th day of February 2019.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk