UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRIPLE B CORPORATION, d/b/a
CHARLIE'S PRODUCE,

                Plaintiff,

    v.

MUNCHERY INC., *et al.*,

                Defendants.

CASE NO. C18-1674-JCC

ORDER

    This matter comes before the Court *sua sponte*. The Court previously stayed the case, as to Defendant Munchery, pending the completion of its bankruptcy proceeding. (Dkt. No. 13.) The Court ordered the parties to show cause why the case should not be stayed in its entirety, pending resolution of the bankruptcy proceeding. (*Id.*) Both parties failed to timely respond. The Court finds that permitting the case to go forward as to only Defendant Beriker would likely result in piecemeal litigation. Moreover, the parties' ability to litigate the claims, without implicating Defendant Munchery, is impractical.

    Accordingly, the above-captioned matter is hereby STAYED in its entirety, pending the resolution of Defendant Munchery's bankruptcy proceeding. The parties shall notify the Court within 14 days of the resolution of the bankruptcy proceeding. The status conference, currently scheduled for March 26, 2019, is VACATED. The Clerk is DIRECTED to terminate Docket

Number 14.

DATED this 25th day of March 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE