THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE's PRODUCE,<br><br>                  Plaintiff,<br>     v.<br><br>MUNCHERY INC., *et al.*,<br><br>                  Defendants. | CASE NO. C18-1674-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court stayed this matter on March 25, 2019 and ordered the parties to notify the Court within 14 days after Defendant Munchery, Inc.'s bankruptcy proceedings were resolved. The Court now ORDERS the parties to file a joint status report within 14 days of the date of this order that informs the Court of: (1) the status of the bankruptcy proceedings against Defendant Munchery, Inc. and (2) whether the Court should lift the stay. If the parties are unable to agree, they may answer in separate paragraphs.

//

//

//

MINUTE ORDER
C18-1674-JCC
PAGE - 1

DATED this 11th day of January 2021.

    William M. McCool
    Clerk of Court

    s/Paula McNabb
    Deputy Clerk